UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-5268 MRW | Date | November 2, 2022 |
|---|---|---|---|
| Title | Gash v. Mid-Venice Ltd. | | |

| Present: The Honorable | Michael R. Wilner |
|---|---|

| James Muñoz | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:** ORDER TO SHOW CAUSE RE: DISMISSAL OF UNSERVED CIVIL ACTION

    Plaintiff filed this civil action on July 29, 2022. The case was randomly assigned to Judge Wilner through the Court's Magistrate Judge Direct Assignment Program. Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff was required to serve process in this action within 90 days of commencement of the action, or by October 27, 2022. However, according to the Court's review of the docket, <u>no</u> proof of service has been filed in the action yet, and no defendant has appeared in the action to date. Moreover, despite an earlier OSC, Plaintiff's attorney failed to make good on an earlier promise to serve the complaint. (Docket # 8.)

    Plaintiff is ORDERED to show cause why the action should not be returned to the civil wheel for reassignment to a District Judge with a recommendation that it be dismissed for failure to prosecute. Plaintiff's response to this OSC will be due by November 17, 2022.